People of the State of Illinois, Defendant in Error, v. James H. Crocket, Plaintiff in Error.

Gen. No. 47,021.

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Moore, Ming & Leighton, for plaintiff in error, George N. Leighton, of counsel; Benjamin S. Adamowski, State's Attorney of Cook county, for defendant in error, John T. Gallagher, Rudolph L. Janega, and William L. Carlin, Assistant State's Attorneys, of counsel. Opinion by JUDGE FRIEND. Not to be published in full.